UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

George Moore
                Plaintiff,

v.                                  Case No.: 1:19−cv−02948
                                  Honorable Matthew F. Kennelly

Sean T. Duffie, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties having reported a settlement has been reached, the 8/13/2019 status hearing is converted to a telephone status hearing, to be initiated by the parties. Once all parties are on the phone, they are to jointly contact chambers at 9:00 a.m. at (312) 435−5618. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.