UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRS MARKETING LLC, SCOTT SHAPIRO and SEAN T. DUFFIE,<br><br>Defendants. | Cause No. 1:19-cv-02948<br><br>Hon. Matthew F. Kennelly |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against all defendants. None of the rights of any putative class members, other than the Plaintiff, have been released or are otherwise affected by this dismissal.


Dated: August 3, 2019        PLAINTIFF,

By:
*s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

1

DEFENDANTS,

THOMPSON COBURN LLP

By: /s/ *Matthew D. Guletz (by consent)*
Matthew D. Guletz, #6288199
Emily Peel, #6290433
55 E. Monroe – 37th Floor
Chicago, IL 60603
312.346.7500
mguletz@thompsoncoburn.com
epeel@thompsoncoburn.com

Yaniv Adar
Mark Migdal & Hayden
80 SW 8th Street, Suite 1999
Miami, FL 33130
305.374.6623
yaniv@markmigdal.com

*Attorneys for Defendant*
*CRS Marketing LLC*

CERTIFICATE OF SERVICE

I, hereby certify that on August 3, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ *Anthony Paronich*
Anthony Paronich